454 A.2d 162

Commonwealth v. Derrickson, Appellant.

Petition for Allowance of Appeal
Denied March 8, 1983.

Argued January 6, 1982. John W. Nails, for appellant; Andrew S. Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The judgment of sentence is affirmed.